IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MY KIM TRAN AND HIEU HO,** §<br>*Plaintiffs,* §<br>  §<br>v. §<br>  §<br>**MERIDIAN SECURITY INSURANCE** §<br>**COMPANY,** §<br>*Defendant.* § | **CIVIL ACTION NO. 1:23-cv-00207-DAE** |

## ORDER OF DISMISSAL

On this day came to be heard the Joint Stipulation of Dismissal of Plaintiffs My Kim Tran and Hieu Ho (hereinafter "Plaintiffs") and Defendant Meridian Security Insurance Company (hereinafter "Defendant") to dismiss any and all claims brought by Plaintiffs against Defendant. Upon consideration of the Joint Stipulation, the Court is of the opinion that said Joint Stipulation should be, and hereby is, GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that any and all claims of Plaintiffs against Defendant are dismissed, with prejudice, to the rights of Plaintiffs to re-file same or any part thereof.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all court costs be taxed against the party incurring same. Any relief not expressly granted herein is DENIED.

The Clerk is Instructed to Close the Case.

ORDERED this 1st of July, 2024.

_____
David Alan Ezra
Senior United States District Judge